**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENTEK MECHANICAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-757C |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including February 29, 2008, within which to file a response to the complaint. The response to the complaint is currently due December 31, 2007. This is defendant's first request for an enlargement of time. Plaintiff's counsel has represented that plaintiff has no objection to this motion.

This action involves a claim for violation of FAR § 49.402-3(d). Plaintiff Entek Mechanical Corp. is seeking conversion of its termination for default to a termination for convenience of the Government and an award of lost profits. Plaintiff alleges that its failure to submit the surety bonds required by the contract at issue was caused by the fraud of the corporation from which it purchased the bonds, AA Communications, Inc. Plaintiff cites related federal criminal charges currently pending against AA Communications and its officers.

The enlargement is requested because defendant's counsel of record has not yet received a litigation report from the Department of Veterans Affairs as required pursuant to 28 U.S.C. § 520(b). Agency counsel for the Department of Veterans Affairs is working diligently to complete the report, but, especially in light of the upcoming holiday season and prearranged

travel plans, requires additional time to complete investigation of several issues, including whether the termination for default was proper and the circumstances surrounding the related criminal case. Once the litigation report is received, defendant's counsel of record shall require additional time to coordinate the preparation of a response with agency counsel and to receive internal review of the response. Additionally, counsel of record will be out of the office for trial advocacy training at the National Advocacy Center from January 28, 2008 through February 8, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time by 60-days, to and including February 29, 2008, within which to file a response to the complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kirk Manhardt
KIRK MANHARDT
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

December 11, 2007

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 11th day of December, 2007, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN