# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**ENTEK MECHANICAL, CORP.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-757C**
**Filed: December 11, 2007**

**O R D E R**

The court is in receipt of defendant's December 11, 2007 motion for an enlargement of time of 60 days, to and including February 29, 2008, within which to file a response to the complaint. Defendant's motion is **GRANTED**. On or before **Friday, February 29, 2008**, defendant shall file its response to the complaint. In addition, the court **SCHEDULES** a status conference for **Tuesday, March 11, 2008, at 10:30 a.m. EST**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (504) 593- 9899, and defendant's counsel at (202) 616-1067. Neither party shall file a motion for summary judgment prior to the March 11, 2008 status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**