# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **ENTEK MECHANICAL CORP.,** | |
| **Plaintiff,** | **No. 07-757C** |
| **v.** | **Filed: March 11, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a status conference in the above-captioned case on March 11, 2008, with the parties appearing by telephone. As discussed at the conference, the parties shall file joint status reports on or before **Friday, April 11, 2008** and **Monday, May 12, 2008**, which shall describe the parties' efforts to resolve the case. Furthermore, the court **SCHEDULES** a status conference for **Tuesday, May 20, 2008, 10:30 a.m. DST**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (504) 593- 9899, defendant's counsel at (202) 616-1067, and agency counsel at (310) 268-3853. Neither party shall file a motion for summary judgment prior to the May 20, 2008 status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**