**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENTEK MECHANICAL CORP, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-757C |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's March 11, 2008 order, the parties respectfully submit this joint status report.

The parties continue to believe that settlement of this case is possible, however the Government maintains that it cannot contemplate settlement until after the contract is re-awarded. There has been no change in the status of the re-award since the parties filed the April 10, 2008 status report. The United States continues to anticipate that re-design will be completed and solicitation of the build contract, the contract originally awarded to Entek, will begin in mid August 2008. Entek continues to disagree with the Government's assessment that the original contract awarded to Entek was build-only. The Government further estimates that the build contract will be re-awarded by approximately the end of September 2008.

Respectfully submitted,

s/Alan David Ezkovich
ALAN DAVID EZKOVICH
Ezkovich & Co, LLC
650 Poydras Street, Suite 1220
New Orleans, Louisiana 70130
Tel: (504) 593-9899
Fax: (504) 593-9048

Attorney for Plaintiff

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kirk Manhardt
KIRK MANHARDT
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

May 9, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 9th day of May, 2008, a copy of the foregoing "JOINT STATUS REPORT " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN