# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **ENTEK MECHANICAL CORP.,** | |
| **Plaintiff,** | **No. 07-757C** |
| **v.** | **Filed: May 20, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the above-captioned case on May 20, 2008, with the parties appearing by telephone. As discussed at the conference, on or before **Friday, May 30, 2008**, defendant shall file a status report which addresses any current impediments to settlement and, in particular, shall address whether or not a no-cost termination for the convenience of the government is a viable possibility, prior to the reprocurement, and if not why not.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**